UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| KEVIS HARPER, et al. | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 1:17-cv-00020 |
| | ) | CHIEF JUDGE CRENSHAW |
| TONY PARKER, et al., | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 50), recommending that the Court deny as moot Plaintiffs' Motion for a Temporary Restraining Order (Doc. No. 2) and deny Plaintiffs' Motion for Class Certification (Doc. No. 3). Plaintiffs did not file timely objections. After a de novo review of the record, the Court agrees with the reasoning in the Report and Recommendation, and it is therefore **ADOPTED**.

Accordingly, Plaintiffs' Motion for a Temporary Restraining Order (Doc. No. 2) is **DENIED AS MOOT** because Plaintiffs are no longer housed at the South Central Correctional Facility. Plaintiffs' Motion for Class Certification (Doc. No. 3) is **DENIED** because the representative parties will not fairly and adequately protect the interests of the class. This case is **RETURNED** to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE