# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| KEVIS HARPER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 1:17-cv-00020 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| TONY PARKER et al., | ) | MAGISTRATE JUDGE NEWBERN |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 81), recommending that the Court dismiss this action for failure to state a claim upon which relief may be granted. The Magistrate Judge noted that Plaintiff has had ample opportunity to gather facts surrounding his claims and file an amended complaint presenting all of those facts, but his amended complaint contains insufficiently particularized factual detail to state a claim.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 81 at 7). The Plaintiff did not file objections to the Report and Recommendation of the Magistrate Judge.

The Court has reviewed the Report and Recommendation (Doc. No. 81) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the above captioned case is **DISMISSED** and all pending motions are **MOOT**. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE